■ GAYLE J. FRANKLIN et al., Appellants, v ANNE M. NESTVED et al., Respondents. (Appeal No. 2.) [639 NYS2d 768]

Present—Denman, P. J., Lawton, Wesley, Doerr and Balio, JJ.